UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN DOMINGUEZ TAPIA,<br><br>                                      Plaintiff,<br>v.<br><br>GRAHAM RESTAURANT LLC, et al,<br><br>                                      Defendant. | **ORDER ADOPTING REPORT<br>AND RECOMMENDATION**<br><br>19-CV-2589 (LDH)(RML) |

LaSHANN DeARCY HALL, United States District Judge:

On April 28, 2021, Magistrate Judge Robert M. Levy issued a Report and Recommendation recommending that this Court grant Plaintiff's motion for settlement approval. The parties were given until May 12, 2021, to file objections to the Report and Recommendation. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Levy's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, Plaintiff's motion for settlement approval is GRANTED. The parties are directed to file a stipulation of dismissal within thirty (30) days from the entry of this Order.

                                                                                                SO ORDERED.

Dated:  Brooklyn, New York                                   /s/ LDH
          June 28, 2021                                               LaSHANN DeARCY HALL
                                                                                    United States District Judge